# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES LAMONT MOORE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 78985



FILED

JUL 03 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original petition for a writ of mandamus and/or prohibition seeking an order directing the district court to address the claims set forth in petitioner's motion to amend judgment of conviction on the merits and issue an order indicating that petitioner has a right to access the courts and is not a vexatious litigant.

Petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

Therefore, without deciding on the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRS 34.160; NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228,

19-28589

88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted.").

Accordingly, we

ORDER the petition DENIED.

_____ C.J.
Gibbons

_____ , J.
Pickering

_____ , J.
Hardesty

cc:    James Lamont Moore
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk